HARRY D. SCHADEL, RESPONDENT, v. IGNATZ HONIG, APPELLANT.

Submitted May 28, 1926—Decided October 18, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 56.

For the appellant, *Michael Breitkopf*.

For the respondent, *Frank G. Turner*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, KA-LISCH, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ. 11.

*For reversal*—None.